MARY W. WIEDER, Respondent, *v.* THE NEW YORK ELEVATED RAILROAD COMPANY, Appellant.

(Argued October 5, 1886; decided October 12, 1886.)

THIS was a motion to dismiss appeal.

The following is the *mem.* of opinion:

"Motion to dismiss appeal from the judgment and order is put upon the sole ground that this court has not jurisdiction.

The contrary is well settled. (*Juliand* v. *Rathbone*, 39 N. Y. 369; *Beecher* v. *Conradt*, 11 How. Pr. 181.)
"The motion should be denied."

*David Levy* for motion.

*Howard Townsend* opposed.

DANFORTH, J., reads *mem.* for denial of motion.
All concur.
Motion denied.